# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GLORIA KIJEK,** : | |
| **Plaintiff** : | **CIVIL ACTION NO. 3:11-1642** |
| v. : | |
| | **(JUDGE MANNION)** |
| **JUDY A. GOBER, ANTHONY** : | |
| **PERZIA**, *et al.*, | |
| : | |
| **Defendants** | |
| : | |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** defendants' motion for summary judgment, (Doc. No. 28), is **GRANTED**. Judgment is entered in favor of the defendants. The Clerk is directed to close the case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: November 8, 2013**

O:\Mannion\shared\MEMORANDA - DJ\2011 MEMORANDA\11-1642-01-order.wpd